**ALFRED LAM**
P.O. Box 16376
San Francisco, CA 94116
Phone: 415.645.3694
e-mail: alfredyplam@yahoo.com



January 8, 2009

**Via Electronic Mail and U.S. Mail**
jcspo@cand.uscourts.gov

Hon. Joseph C. Spero
Courtroom A, 15th Floor
U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

FILED
JAN - 8 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

> **Re:** **Request for Continuance of January 16, 2009 Case Management Conference**
> **Case:** Lam, et al v. City and County of San Francisco, et al.
> **Case No.:** USDC, Northern District Court Case No. C 08 4702 JCS

Dear Judge Spero:

We are writing to respectfully request a continuation of the January 16, 2009 Case Management Conference at 1:30p.m. in the above-referenced matter.

We have been unable to serve the Complaint we filed in this case in October 10, 2008 for the following reasons: first, the Complaint needs to be amended before it can be served on the defendants; second, we are waiting for additional important information in order to amend to Complaint; and, finally, due to the nature and complexity of the claims, we are unable to proceed with this case in pro se and we are presently and diligently seeking counsel representation.

Therefore, we respectfully request a 90-day continuance of the January 16, 2009 Case Management Conference to April 10, 2009 to allow us sufficient time to: a) seek counsel representation; 2) amend the Complaint before service on the defendants; 3) serve ALL eight (8) defendants in this matter.

Dated: Jan. 9, 2009

DENIED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Respectfully Submitted,

Plaintiffs Alfred Lam
Shania Raman
Frank Chen
Paula Leiato
Greg Chin
Scott Kato