```
                                                              FILED
                                                              JUL 17 2009
1  ALFRED LAM, SHANIA RAMAN, FRANK CHEN, PAULA LEIATO, &      RICHARD W. WIEKING
   GREGORY CHIN                                               CLERK, U.S. DISTRICT COURT
2  P.O. Box 16376                                             NORTHERN DISTRICT OF CALIFORNIA
   San Francisco, CA 94116
3  T:(415)992-0071

4  In Pro Per
```

<br/>

8            UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED LAM, SHANIA RAMAN, FRANK CHEN, PAULA LEIATO, and GREGORY CHIN, <br><br> Plaintiffs, <br><br> vs. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, a municipality and political subdivision of the State of California, TIMOTHY DIESTEL, DENNIS DOYLE, ALFRED FLECK, CHARLES LEWIS, ALLEN NANCE, JOHN RADOGNO, WAYNE WILLIAMS, and BARRY YOUNG, <br><br> Defendants. | Case No.: C 08 4702 PJH <br><br> **PETITION FOR SUBSTITUTION OF ATTORNEY OF RECORD AND ORDER THERETO.** |

///////

///////

///////

///////

SUBSTITUTION OF ATTORNEY OF RECORD - 1

1  Plaintiffs, Alfred Lam, Shania Raman, Frank Chen, Paula
2  Leiato, and Gregory Chin hereby request the Court to approve the
3
4  substitution of Evgenii Sverdlov as their attorney of record.
5  Prior to the substitution, Plaintiffs were represented in pro
6  per.
7    All Plaintiffs consent to this substitution.
8  Dated: July 14, 2009  _Alfred Lam_____
9                         Plaintiff ALFRED LAM
10
11
12 Dated: July 14, 2009  _Shania Raman_____
13                        Plaintiff SHANIA RAMAN
14
15
16 Dated: July 14, 2009  _____
                         Plaintiff FRANK CHEN
17
18
19 Dated: July 14, 2009  _____
20                        Plaintiff PAULA LEIATO
21
22
23 Dated: July 14, 2009  _____
                         Plaintiff GREGORY CHIN
24 ///////
25 ///////
26 ////////
27 ///////
28

SUBSTITUTION OF ATTORNEY OF RECORD - 2

Evgenii Sverdlov, as the counsel substituting in, consents to this substitution. Attorney Evengii Sverdlov (SBN: 262447) will be the new attorney of record for the Plaintiffs. Mr. Sverdlov's contact information is as follows: 564 Market Street, Suite 608, San Francisco, CA 94104; Telephone (415) 986-1450; Facsimile (415) 329-1709; and email sverdlov@casehunt.com

DATED: July 14, 2009

By: _____
Evgenii Sverlov

# ORDER

The Court hereby orders that the request of Plaintiffs ALFRED LAM, SHANIA RAMAN, FRANK CHEN, PAULA LEIATO, and GREGORY CHIN to substitute Evgenii Sverdlov (SBN: 262447), 564 Market Street, Suite 608, San Francisco, CA 94104; Telephone (415) 986-1450; Facsimile (415) 329-1709; and email sverdlov@casehunt.com, as Attorney of Record in place and stead of representation in pro per is hereby **GRANTED**.

**IT IS SO ORDERED.**

DATED: July ___, 2009   By: _____
Honorable Phyllis J. Hamilton
United States District Judge