UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFRED LAM, et al.,

        Plaintiff(s),               No. C 08-4702 PJH

    v.                            **ORDER RE SEVERANCE**

CITY AND COUNTY OF SAN FRANCISCO, et al.,

        Defendant(s).

_____/

      The court's order of January 21, 2010, severing the sex discrimination claims from this case, permits the filing of two separate third amended complaints by February 22, 2010. The Clerk of Court, shall accept both filings and open a new case file for the severed case which will bear a different case caption. No additional filing fee is required. All documents currently docketed in this case, shall be copied to the new docket as well. Thereafter, documents shall be docketed only on the one docket bearing the correct case caption.

      **IT IS SO ORDERED.**

Dated: February 8, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge