

| CITY AND COUNTY OF SAN FRANCISCO | OFFICE OF THE CITY ATTORNEY |
|---|---|
| DENNIS J. HERRERA<br>City Attorney | LAUREN MONSON<br>Deputy City Attorney |

Direct Dial: (415) 554-3856
Email: lauren.monson@sfgov.org

March 26, 2010

*Via E-file to Court*

The Honorable Phyllis J. Hamilton
1301 Clay Street
3rd Floor, Courtroom 3
Oakland, CA 94612

    Re:   *Shania Raman v. City and County of San Francisco, et al*
           C 10-0752 PJH

Dear Judge Hamilton:

    I am a Deputy City Attorney and counsel of record for Defendant City and County of San Francisco. The above matter was recently severed from Case No. C08-4702 PJH, *Lam, et al v. City and County of San Francisco, et al*. Defendants the City and Thomasson separately answered Raman's third amended complaint on March 15, 2010.

    The parties have met and conferred and propose the following date for a Case Management Conference in this matter: **May 27, 2010 at 2:00 p.m**. I have spoken with counsel for Plaintiff and Defendant Thomasson, and they have authorized me to state that the parties join in this letter. The parties respectfully request that the Court set an initial Case Management Conference in this matter for that date.

    Very truly yours,

    DENNIS J. HERRERA
    City Attorney
    /s/ Lauren M. Monson
    Deputy City Attorney

cc:   Evgenii Sverdlov, *via e-file*
       Geoffrey Gordon-Creed, *via e-file*

3/31/10



IT IS SO ORDERED
Judge Phyllis J. Hamilton