DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH S. SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
LAUREN M. MONSON, State Bar #242819
Deputy City Attorney
Fox Plaza
1390 Market Street, 5th Floor
San Francisco, California 94102-5408
Telephone:     (415)554-3856
Facsimile:     (415)554-4248
E-Mail:         lauren.monson@sfgov.org

Attorneys for  Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANIA RAMAN,<br><br>        Plaintiff,<br><br>        vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, a municipality and political subdivision of the State of California, and BRYAN THOMASSON, an individual,<br><br>        Defendant(s). | Case No. C10-0752PJH<br><br>**STIPULATION TO EXTEND ENE DEADLINE AND ~~PROPOSED~~ ORDER**<br><br>Trial Date:                October 24, 2011 |

        PLEASE TAKE NOTICE that Defendant City and County of San Francisco ("Defendant") respectfully files this request for an extension of the deadline to complete an early neutral evaluation ("ENE") in this matter. Defendant, in stipulation with Plaintiff and Defendant Thomasson, request that the ENE deadline be continued 120 days to December 28, 2010.

        A case management conference was held on May 27, 2010.  On June 1, 2010 the court issued the Case Management and Pretrial Order, referring the case to ADR for ENE to be completed within 90 days.  The 90 days expires on August 30, 2010.

ENE evaluator, George Harris, was appointed by the ADR clerk on July 19.  (See Docket No. 129.)  The evaluator contacted the parties on August 3 and scheduled a phone conference for August 6. On August 6 the phone conference was not able to take place due to unavailability of Plaintiffs' counsel.  The phone conference was subsequently rescheduled to August 13.

Given the parties' and evaluator's schedules, the parties are unable to complete ENE prior to August 30.  Moreover, at this point there has been limited discovery in this case.  Other than initial disclosures, the only discovery includes requests for production noticed by Defendant City and several subpoenas for records noticed by Defendant Thomasson.  A response to either is yet to be received. The parties believe additional discovery is necessary to make the ENE a productive process.  In addition, Defendant City's counsel is unavailable and out of the country the first three weeks of October, the ENE evaluator is unavailable the last week of October and first three weeks of November due to an arbitration in Singapore, and Defendant City's counsel is scheduled for a two week trial November 29.

For the above reasons, Defendant City, Defendant Thomasson and Plaintiff request a 120 day extension of the ENE deadline to December 28, 2010.   All parties are in agreement with this request and their stipulation is below:

///

///

///

///

///

///

///

///

///

///

///

///

1    IT IS STIPULATED BY THE PARTIES AS FOLLOWS:

2       1)    The parties desire to engage in further discovery before completing the ENE.

3       2)    According to the above, the parties stipulate to extend the ENE deadline 120 days to

4    December 28, 2010.

5       3)    This agreement between the parties will require no other modification of the scheduling

6    order.

7       4)    The parties request that the Court enter an order consistent with this stipulation.

8    Dated:  August 13, 2010

9                                    By:____/s/ Lauren M. Monson_____
10                                       LAUREN M. MONSON
                                         Attorneys for Defendant
11                                       CITY AND COUNTY FOR SAN FRANCISCO

12   Dated:  August 13, 2010

13
                                     By:____/s/ Geoffrey Gordon-Creed_____
14                                       Geoffrey Gordon-Creed
                                         Attorney for Defendant BRYAN THOMASSON
15
     Dated:  August 13, 2010
16
                                     By:____/s/ Evgenii Sverdlov_____
17                                       EVGENII SVERDLOV, ESQ.
                                         Attorney for Plaintiff SHANIA RAMAN
18

19

20       **PURSUANT TO STIPULATION, IT IS SO ORDERED:**

     Dated: 8/17/10
21

22

23                            _____
         THE HONORABLE PHYLLIS J. HAMILTON
24       U.S. DISTRICT COURT JUDGE

25

26

27

28