1  EVGENII SVERDLOV (SBN: 262447)
   564 Market Street, Suite 608
   San Francisco, CA  94104
2  T:(415)986-1450
   F:(415)329-1709
3
   NICHOLAS ZELTZER (SBN: 262511)
4  564 Market Street, Suite 608
   San Francisco, CA  94104
5  T:(415)986-1450
   F:(415)329-1709
6  Attorney for Plaintiffs

7

8

9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12

13
   SHANIA RAMAN                           )   Case No.: C 10-00752 PJH
14                                         )
                                           )   **PLAINTIFF'S REQUEST FOR**
15                                         )   **DISMISSAL AND** ~~PROPOSED~~ **ORDER**
               Plaintiff,                  )   **OF DISMISSAL**
16                                         )
   v.                                      )
17                                         )
                                           )
18 THE CITY AND COUNTY OF SAN              )
   FRANCISCO, a municipality and political )
19 subdivision of the State of California, and )
   BRYAN THOMASSON, an individual.         )
20                                         )
                                           )
21         Defendants.                     )
                                           )
22                                         )
                                           )
23                                         )
                                           )
24                                         )
                                           )
25                                         )
                                           )
26
   _____
27

28

   C 10-00752 PJH           PLAINTIFF'S REQUEST FOR DISMISSAL AND PROPOSED ORDER

The parties are pleased to report that they have reached a settlement with regard to the above-captioned matter.

Therefore the plaintiff respectfully requests that the Court dismiss this action with prejudice.

Dated: 12/13/2010

                                                Evgenii Sverdlov
                                  Attorney for Plaintiff Shania Raman

AGREED AS TO FORM:

Dated: __12/13/2010____

                                         /s/ LAUREN M. MONSON /s/
                                                   Lauren M. Monson
                      Attorney for Defendant City and County of San Francisco

Dated: __12/13/2010____

                                       /s/ GEOFFREY GORDON-CREED /s/
                                                Geoffrey Gordon-Creed
                                     Attorney for Defendant Bryan Thomasson

**ORDER**

**IT is so ordered.**

Dated: __20____December, 2010

*[Court seal: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT / NORTHERN DISTRICT OF CALIFORNIA]*